1  SEYFARTH SHAW LLP
   Francis J. Ortman III (SBN 213202)
2  fortman@seyfarth.com
   Jason M. Allen (SBN 284432)
3  jmallen@seyfarth.com560 Mission Street, 31st Floor
   San Francisco, California  94105
4  Telephone: (415) 397-2823
   Facsimile: (415) 397-8549
5
   Attorneys for Defendant
6  UNIVAR USA INC.

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 MARIO PERUGINI, an individual,              Case No.

12                Plaintiff,                   **DECLARATION OF JASON M. ALLEN IN**
                                               **SUPPORT OF DEFENDANT UNIVAR USA**
13        v.                                   **INC.'S NOTICE OF REMOVAL**

14 UNIVAR USA INC., a corporation; & Does 1
   through 25, inclusive,
15
                  Defendants.
16

17

18        I, Jason M. Allen, declare and state as follows:

19        1.      I am an attorney with the law firm of Seyfarth Shaw LLP, counsel for Defendant Univar

20 USA, Inc. ("Univar" or "Defendant") in the above-entitled matter.  I am admitted to practice law in the

21 State of California and before this Court.  I am one of the attorneys representing Univar in this action.

22        2.      I am over the age of 18.  I make this declaration based on my personal knowledge, except

23 as to those matters stated on information and belief, and, as to those matters, I believe them to be true.  If

24 called as a witness to do so, I could and would testify competently thereto.

25 3.     On July 16, 2015, Plaintiff Mario Perugini ("Plaintiff") filed an unverified complaint

26 ("Complaint") against Univar in the Superior Court of the State of California for the County of Contra

27 Costa, entitled, *Perugini v. Univar USA Inc.*, Contra Costa County Superior Court Case No. MSC15-

28 01347 (the "State Court Action").  A true and correct copy of the Complaint is attached hereto as

---

1   **Exhibit 1**. Plaintiff served the Complaint on Defendant on July 17, 2015. A true and correct copy of

2   the Proof of Service filed by Plaintiff in the Superior Court is attached hereto as **Exhibit 2**.

3        4.     On August 12, 2015, Defendants filed their Answer to Plaintiff's Complaint in the

4   Superior Court of the State of California for the County of San Francisco. A true and correct copy of

5   Defendants' Answer is attached to the Allen Declaration as **Exhibit 3**.

6        5.     As of the date of this Declaration, a case management conference was scheduled for

7   December 3, 2015 in the Superior Court. A true and correct copy of the Notice of Case Management

8   Conference issued by the Office of the Clerk of the Court and served upon Defendant by Plaintiff is

9   attached hereto as **Exhibit 4**.

10        6.     The documents attached hereto as Exhibits 1 through 4 constitute all of the process and

11   pleadings that Defendant has retrieved from the Superior Court's records prior to the filing of

12   Defendant's notice of removal.

13        I declare under penalty of perjury under the laws of the United States of America and the State of

14   California that the foregoing is true and correct.

15        Executed this 14th day of August 2015 at San Francisco, California.

16

17   _____

18        Jason M. Allen

19

20

21

22

23

24

25

26

27

28

DECLARATION OF JASON M. ALLEN ISO NOTICE OF REMOVAL

20603705v.1

# EXHIBIT 1

SUM-100

# SUMMONS
## *(CITACION JUDICIAL)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
UNIVAR USA INC., a corporation; and Does 1 through 25, inclusive,

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
*MARIO PERUGINI, an individual,*



FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

2015 JUL 16 P 12

STEPHEN H. NASH
CLERK OF THE SUPERIOR COURT
CONTRA COSTA CO.

D. WAGNER

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is: *(El nombre y dirección de la corte es):* CONTRA COSTA SUPERIOR COURT 725 Court Street Martinez, California 94553 | CASE NUMBER: *(Número del Caso):* C15- 01347 |
| --- | --- |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Joseph Clapp, Esq., Aiman-Smith & Marcy, 7677 Oakport St., Ste. 1150, Oakland, CA 94621, 510/590-7115

| DATE: *(Fecha)* JUL 16 2015 | CLERK OF THE SUPERIOR COURT | Clerk, by *(Secretario)* D. Wagner | , Deputy *(Adjunto)* |
| --- | --- | --- | --- |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

D. WAGNER

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:

3. ☐ on behalf of *(specify)*:

   under: ☐ CCP 416.10 (corporation)      ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)      ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)      ☐ CCP 416.90 (authorized person)

   ☐ other *(specify)*:
4. ☐ by personal delivery on *(date)*:

Page 1 of 1

| Form Adopted for Mandatory Use Judicial Council of California SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465 *www.courtinfo.ca.gov* |
| --- | --- | --- |

1  Joseph Clapp, Esq., SBN 99194
   Aiman-Smith & Marcy
2  7677 Oakport Street, Suite 1150
   Oakland, California 94621
3  Telephone:  510/590-7115
   Facsimile:   510/562-6830
4  Email:  djc1.asm@gmail.com

5  Attorneys for Plaintiff

FILED

2015 JUL 16  P 12: 15

STEPHEN H. NASH
CLERK OF THE SUPERIOR COURT
CONTRA COSTA COUNTY, CA
BY       D. W

D. WAGNER

8       SUPERIOR COURT OF THE STATE OF CALIFORNIA
              COUNTY OF CONTRA COSTA
9               UNLIMITED JURISDICTION

11  MARIO PERUGINI, an individual,          )   Case No.:  **C 15 - 0 1 3 4 7**

12              Plaintiff,                   )

13        vs.                               )   **Complaint Seeking Damages for Wrongful**
                                               **Termination**
14  UNIVAR USA INC., a corporation; and Does 1  )
    through 25, inclusive,                   )
15                                          )
              Defendants.                    )   **Demand for Jury Trial**
16                                          )

20                              PER LOCAL RULE 5 THIS
                                CASE IS ASSIGNED TO
21                              DEPT _____ 9

22                              SUMMONS ISSUED

BY FAX

**Complaint**
*Perugini v. Univar USA Inc., et al.*                    Case No.

1    Plaintiff is informed and believes and thereon alleges as follows:

2                                    **PARTIES**

3        1.  Plaintiff MARIO PERUGINI is a competent adult.

4        2.  Defendant UNIVAR USA INC. is a corporation which distributes chemistry-related

5    products and services.

6        3.  Plaintiff is presently unaware of the true names and capacities of the persons named as Does

7    1 through 25 and therefore Plaintiff sues them by these fictitious names.  Plaintiff will amend this

8    complaint to assert their true names and capacities when these are ascertained.  Except as otherwise

9    alleged herein, each of the entities sued as Does 1 through 25 was the agent of the other and each is

10   responsible for the damages to plaintiff as alleged herein.

11                                    **VENUE**

12       4.  The liabilities set forth in the following causes of action arose in the County of Contra

13   Costa, California.

14                             **FACTUAL BACKGROUND**

15       5.  From approximately September 17, 2012 until he was discharged on approximately April 8,

16   2015, Plaintiff was employed by Defendants as a driver.

17                          **FIRST CAUSE OF ACTION**
                          **Labor Code Section 1102.5(b)**
18

19       6.  Plaintiff incorporates herein the foregoing paragraphs.

20       7.  Plaintiff disclosed information to his superiors that he reasonably believed constituted

21   violations of state statutes.  He informed his superiors that the violent and dangerous propensities of a

22   co-worker created an unsafe and unhealthful workplace, which would violate Labor Code Sections

23   6300, 6400, 6402, 6403, 6404, and 6407.

24       8.  Defendants discharged Plaintiff because he disclosed this information to his superiors.  This

25   discharge contravened the fundamental and substantial public policies tethered to Labor Code Sections

26   232.5, 6300, 6400, 6402, 6403, 6404, and 6407 and Code of Civil Procedure Section 527.8.

27   / / /

28   / / /

Proof of Service
*Meckler v. McNamee, Inc., et al.*                    Case No. FCS045143
Page i

1    9.   As a result, Plaintiff has suffered, and continues to suffer, the loss of income and

2   employment benefits.  In the future he will suffer the loss of earning capacity.  In addition, he has

3   suffered, and continues to suffer, serious and severe emotional distress, the loss of enjoyment of life,

4   and the loss of reputation.

5    10.  Defendants and their officers, directors, or managing agents knew or should have known of

6   the conduct described above.  This despicable conduct was carried on with a willful and conscious

7   disregard of Plaintiff's rights, and subjected him to cruel and unjust hardship in conscious disregard of

8   his rights.

9                              **SECOND CAUSE OF ACTION**
                              **Labor Code Section 6310**
10

11   11.  Plaintiff incorporates herein the foregoing paragraphs.

12                              **THIRD CAUSE OF ACTION**
                              **Wrongful Termination**
13

14   12.  Plaintiff incorporates herein the foregoing paragraphs.

15    13.  In early 2015, Plaintiff complained to his superiors that he had been underpaid for his

16   services.  Plaintiff warned his superiors that he would complain to the appropriate governmental

17   agency if he were not paid the wages that were due.

18    14.  Defendants discharged Plaintiff in retaliation for complaining that he had been underpaid

19   and for threatening to take his complaint to the appropriate governmental agency.

20    15.  Labor Code Sections 200 *et seq.* express a public policy in favor of the full payment of

21   wages.  Labor Code Sections 98.6 and 200 *et seq.* express a public policy safeguarding the right of

22   employees to complain that wages are owed.  These policies were contravened when Defendants

23   discharged Plaintiff in retaliation for complaining that he had been underpaid and for threatening to

24   take his complaint to the appropriate governmental agency.

25    16.  As a result, Plaintiff has suffered, and continues to suffer, the loss of income and

26   employment benefits.  In the future he will suffer the loss of earning capacity.  In addition, he has

27   suffered, and continues to suffer, serious and severe emotional distress, the loss of enjoyment of life,

28   and the loss of reputation.

Proof of Service
*Meckler v. McNamee, Inc., et al.*                    Case No. FCS045143
Page ii

17. Defendants and their officers, directors, or managing agents knew or should have known of the conduct described above. This despicable conduct was carried on with a willful and conscious disregard of Plaintiff's rights, and subjected him to cruel and unjust hardship in conscious disregard of his rights.

### FOURTH CAUSE OF ACTION
#### Labor Code Section 98.6

18. Plaintiff incorporates herein the foregoing paragraphs.

### PRAYER FOR RELIEF

WHEREFORE, plaintiff prays for the following relief:

1. Damages in an amount to be proved at trial, but at least in an amount exceeding $75,000.00, exclusive of interest and costs;

2. Punitive damages;

3. A civil penalty of $10,000.00 on the fourth cause of action;

3. Pre-judgment interest;

4. Costs of suit; and

5. All other appropriate remedies.

Dated: July 15, 2015                     aiman-smith & marcy



_____
Joseph Clapp, Esq.
Attorneys for Plaintiff


### Demand for Jury Trial


Plaintiff hereby demands trial by jury.

Dated: July 15, 2015                     aiman-smith & marcy



_____
Joseph Clapp, Esq.
Attorneys for Plaintiffs

Proof of Service
*Meckler v. McNamee, Inc., et al.*
Page iii

Case No.  FCS045143

CM-010

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):* <br> Joseph Clapp, Esq., SBN 99194 <br> Aiman-Smith & Marcy <br> 7677 Oakport Street, Suite 1150 <br> Oakland, California 94621 <br> TELEPHONE NO.: 510/590-7115   FAX NO.: 510/562-6830 <br> ATTORNEY FOR *(Name):* Plaintiff Mario Perugini | **FOR COURT USE ONLY** <br><br> FILED <br><br> 2015 JUL 16 P 12: 1 <br><br> CLERK STEPHEN H. NASH <br> THE SUPERIOR COURT <br> CO. OF CONTRA COSTA, CA <br> D. w <br> **D. WAGNER** |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** CONTRA COSTA
STREET ADDRESS: 725 Court Street
MAILING ADDRESS:
CITY AND ZIP CODE: Martinez, California 94553
BRANCH NAME: Unlimited Jurisdiction

**CASE NAME:**
PERUGINI v. UNIVAR USA INC.

| **CIVIL CASE COVER SHEET** | | **Complex Case Designation** | **CASE NUMBER:** |
|---|---|---|---|
| ☑ Unlimited <br> (Amount <br> demanded <br> exceeds $25,000) | ☐ Limited <br> (Amount <br> demanded is <br> $25,000 or less) | ☐ Counter ☐ Joinder <br><br> Filed with first appearance by defendant <br> (Cal. Rules of Court, rule 3.402) | **C15- 01347** <br> JUDGE: <br> DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

| **Auto Tort** | **Contract** | **Provisionally Complex Civil Litigation** <br> (Cal. Rules of Court, rules 3.400–3.403) |
|---|---|---|
| ☐ Auto (22) <br> ☐ Uninsured motorist (46) | ☐ Breach of contract/warranty (06) <br> ☐ Rule 3.740 collections (09) <br> ☐ Other collections (09) <br> ☐ Insurance coverage (18) <br> ☐ Other contract (37) | ☐ Antitrust/Trade regulation (03) <br> ☐ Construction defect (10) <br> ☐ Mass tort (40) <br> ☐ Securities litigation (28) <br> ☐ Environmental/Toxic tort (30) |
| **Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort** <br> ☐ Asbestos (04) <br> ☐ Product liability (24) <br> ☐ Medical malpractice (45) <br> ☐ Other PI/PD/WD (23) | | |
| | **Real Property** <br> ☐ Eminent domain/Inverse condemnation (14) <br> ☐ Wrongful eviction (33) <br> ☐ Other real property (26) | ☐ Insurance coverage claims arising from the above listed provisionally complex case types (41) |
| **Non-PI/PD/WD (Other) Tort** <br> ☐ Business tort/unfair business practice (07) <br> ☐ Civil rights (08) <br> ☐ Defamation (13) <br> ☐ Fraud (16) <br> ☐ Intellectual property (19) <br> ☐ Professional negligence (25) <br> ☐ Other non-PI/PD/WD tort (35) | **Unlawful Detainer** <br> ☐ Commercial (31) <br> ☐ Residential (32) <br> ☐ Drugs (38) | **Enforcement of Judgment** <br> ☐ Enforcement of judgment (20) <br><br> **Miscellaneous Civil Complaint** <br> ☐ RICO (27) <br> ☐ Other complaint *(not specified above)* (42) |
| | **Judicial Review** <br> ☐ Asset forfeiture (05) <br> ☐ Petition re: arbitration award (11) <br> ☐ Writ of mandate (02) <br> ☐ Other judicial review (39) | **Miscellaneous Civil Petition** <br> ☐ Partnership and corporate governance (21) <br> ☐ Other petition *(not specified above)* (43) |
| **Employment** <br> ☑ Wrongful termination (36) <br> ☐ Other employment (15) | | |

2. This case ☐ is ☑ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. ☑ monetary   b. ☐ nonmonetary; declaratory or injunctive relief   c. ☑ punitive
4. Number of causes of action *(specify):*
5. This case ☐ is ☑ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: July 15, 2015

Joseph Clapp, Esq., SBN 99194
(TYPE OR PRINT NAME)                                        (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

BY FAX

# EXHIBIT 2

POS-010

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Joseph Clapp, Esq., 99194<br>Aiman-Smith & Marcy<br>7677 Oakport Street Suite 1150<br>Oakland, CA 94621<br>   TELEPHONE NO.: (510) 562-6800<br>ATTORNEY FOR *(Name)*:   Plaintiff | FOR COURT USE ONLY<br><br>FILED<br><br>2015 JUL 20 P 12: 35<br><br>STEPHEN H. NASH<br>CLERK OF THE SUPERIOR COURT<br>COUNTY OF CONTRA COSTA, CA<br>BY<br>D. WAGNER |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
Superior Court of California, Contra Costa County
725 Court Street, P.O. Box 911
Martinez, CA 94553-1233

| | |
|---|---|
| PLAINTIFF/PETITIONER: Mario Perugini | CASE NUMBER:<br>C15-01347 |
| DEFENDANT/RESPONDENT: Univar USA Inc. | |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>Perugini |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.
2. I served copies of:   Complaint, Summons, Civil Case Cover Sheet, Notice of Case Managemtn Conference, Notice to Plaintiffs, Notice to Defendants, ADR Information Package

3. a. Party served: Univar USA Inc. a corporation

   b. Person Served: CSC –Nicole Chambers - Person authorized to accept service of process
4. Address where the party was served: 2710 N Gateway Oaks Dr Ste 150
   Sacramento, CA 95833
5. I served the party
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): 7/17/2015      (2) at (time): 1:51 PM
6. The "Notice to the Person Served" (on the summons) was completed as follows:

   d. on behalf of:


   Univar USA Inc. a corporation


   under:      CCP 416.10 (corporation)
7. Person who served papers
   a. Name:         Christine E. Martin
   b. Address:      One Legal - 194-Marin
                    504 Redwood Blvd #223
                    Novato, CA 94947

   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 37.95
   e I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.: 2014-11
         (iii) County: SACRAMENTO
8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.
Date: 7/17/2015

Christine E. Martin
(NAME OF PERSON WHO SERVED PAPERS)                    (SIGNATURE)

| | |
|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California POS-010<br>[Rev. Jan 1, 2007] | Code of Civil Procedure, § 417.10 |

PROOF OF SERVICE OF SUMMONS

OL # 7391548

# EXHIBIT 3

1  SEYFARTH SHAW LLP
   Francis J. Ortman III (SBN 213202)
2  fortman@seyfarth.com
   Jason M. Allen (SBN 284432)
3  jmallen@seyfarth.com
   560 Mission Street, 31st Floor
4  San Francisco, California 94105
   Telephone:    (415) 397-2823
5  Facsimile:    (415) 397-8549

6  Attorneys for Defendant
   UNIVAR USA INC.

7

8

9              SUPERIOR COURT OF THE STATE OF CALIFORNIA

10                    COUNTY OF CONTRA COSTA

11

12  MARIO PERUGINI,                          Case No. C15-01347

13              Plaintiff,                    UNLIMITED JURISDICTION

14        v.                                  DEFENDANT UNIVAR USA INC.'S
                                              ANSWER TO PLAINTIFF'S UNVERIFIED
15  UNIVAR USA INC.,                          COMPLAINT

16              Defendant.

17

18

19        Defendant Univar USA Inc. ("Univar" or "Defendant") hereby answers Plaintiff Mario

20  Perugini's ("Plaintiff") unverified Complaint for Damages ("Complaint") as follows:

21                          **GENERAL DENIAL**

22        Pursuant to California Code of Civil Procedure section 431.30(d), Defendant generally denies

23  each and every allegation in the Complaint.  In further answer to the Complaint, Defendant denies that

24  Plaintiff has suffered any injury, damage, or loss in any nature or manner whatsoever by reason of any

25  act or omission of Defendant.

26                          **SEPARATE DEFENSES**

27        In further answer to Plaintiff's Complaint, Defendant alleges the following additional defenses.

28  In asserting these defenses, Defendant does not assume the burden of proof as to matters that, pursuant

ANSWER TO PLAINTIFF'S UNVERIFIED COMPLAINT

1   to law, are Plaintiff's burden to prove.

2   FIRST SEPARATE DEFENSE

3   (Legitimate Business Reasons – All Causes of Action)

4   Plaintiff may not obtain the relief requested in his Complaint because any adverse employment

5   actions taken against him were based on legitimate, non-discriminatory and non-retaliatory factors and

6   not Plaintiff's purported protected activity and/or any other protected characteristic.

7   SECOND SEPARATE DEFENSE

8   (Reasonable Investigation – All Causes of Action)

9   Any statements or actions alleged by Plaintiff to have been made or done by Defendant, if made

10  or done, were made or done after investigation and on the basis of reasonable grounds for belief in its

11  truth and correctness, with an honest belief in its truth and correctness, and in good faith and without

12  malice.

13  THIRD SEPARATE DEFENSE

14  (Failure to Mitigate Damage – All Causes of Action)

15  Plaintiff did not mitigate his damages, and Plaintiff's damages, if any are awarded, should be

16  reduced to the extent Plaintiff has failed to mitigate them.

17  FOURTH SEPARATE DEFENSE

18  (After-Acquired Evidence – All Causes of Action)

19  Plaintiff's claims are barred to the extent he engaged in misconduct which would have justified

20  any adverse action by Defendant even if it was unaware of the conduct.

21  **RESERVATION OF RIGHTS**

22  Defendant reserves the right to assert additional defenses should it become aware of additional

23  defenses during the course of this litigation.

24  **REQUEST FOR RELIEF**

25  WHEREFORE, Defendant requests for relief as follows:
    1.     That Plaintiff takes nothing by his Complaint, and that this Complaint be dismissed with

26

27  prejudice;

28  2.     For judgment in favor of Defendant and against Plaintiff on all causes of action;

2

---

ANSWER TO PLAINTIFF'S UNVERIFIED COMPLAINT

3.       For costs of suit and attorneys' fees; and

4.       For such other further relief as the Court may deem just and proper.

DATED: August 12, 2015                               SEYFARTH SHAW LLP

                                                     By: _____
                                                         Francis J. Ortman III
                                                         Jason M. Allen
                                                         Attorneys for Defendant
                                                         UNIVAR USA INC.

3

20598379v.2

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is 560 Mission Street, Suite 3100, San Francisco, California 94105.  On August 12, 2015, I served the following document(s):

**DEFENDANT UNIVAR USA INC.'S ANSWER TO PLAINTIFF'S UNVERIFIED COMPLAINT**

☐ I sent such document from facsimile machine (415) 397-8549 and I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (415) 397-8549 which confirms said transmission occurred without impediment.  I, thereafter, placed a true copy thereof in a sealed envelope(s) addressed and mailed it to the parties listed below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco addressed as set forth below.

☐ by contracting with Godspeed for personal delivery of the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by contracting with Federal Express and placing the document(s) listed above in a Federal Express envelope with postage paid on account and deposited with Federal Express at San Francisco, California, addressed as set forth below.

Joseph Clapp
Aiman-Smith & March
7677 Oakport St., Suite 1150
Oakland, CA 94621
Attorneys for Plaintiff

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on August 12, 2015, at San Francisco, California.

*Karen Shepardson*

Karen Shepardson

2062541v.1

# EXHIBIT 4

SUPERIOR COURT - MARTINEZ
COUNTY OF CONTRA COSTA
MARTINEZ, CA, 94553

PERUGINI VS UNIVAR USA INC

NOTICE OF CASE MANAGEMENT CONFERENCE                    CIVMSC15-01347

1.  NOTICE: THE CASE MANAGEMENT CONFERENCE HAS BEEN SCHEDULED FOR:

DATE:  12/03/15      DEPT:  09      TIME:   9:00

THIS FORM, A COPY OF THE NOTICE TO PLAINTIFFS, THE ADR INFORMATION
SHEET, A BLANK CASE MANAGEMENT CONFERENCE QUESTIONNAIRE, AND A BLANK
STIPULATION FORM ARE TO BE SERVED ON OPPOSING PARTIES.  ALL PARTIES
SERVED WITH SUMMONS AND COMPLAINT/CROSS-COMPLAINT OR THEIR ATTORNEY
OF RECORD MUST APPEAR.

2.  You may stipulate to an earlier Case Management Conference.  If
all parties agree to an early Case Management Conference, please
contact the Court Clerk's Office at (925)646-4099 for Unlimited Civil
and Limited Civil cases for assignment of an earlier date.

3.  You must be familiar with the case and be fully prepared to par-
ticipate effectively in the Case Management Conference and to discuss
the suitability of this case for the EASE Program, private mediation,
binding or non-binding arbitration, and/or use of a Special Master.

4.  At any Case Management Conference the court may make pretrial
orders including the following:

    a.  an order establishing a discovery schedule
    b.  an order referring the case to arbitration
    c.  an order transferring the case to limited jurisdiction
    d.  an order dismissing fictitious defendants
    e.  an order scheduling exchange of expert witness information
    f.  an order setting subsequent conference and the trial date
    g.  an order consolidating cases
    h.  an order severing trial of cross-complaints or bifurcating
        issues
    i.  an order determining when demurrers and motions will be filed

                              SANCTIONS
If you do not file the Case Management Conference Questionnaire or
attend the Case Management Conference or participate effectively in
the Conference, the court may impose sanctions (including dismissal of
the case and payment of money).

        Clerk of the Superior Court of Contra Costa County
I declare under penalty of perjury that I am not a party to this
action, and that I delivered or mailed a copy of this notice to the
person representing the plaintiff/cross-complainant.

Dated:  07/16/15
                              _____
                              D. WAGNER
                              Deputy Clerk of the Court